NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN TACK,                                   ) | No. C 06-5622 JF (PR) |
|                                          )                  | |
| Plaintiff,          ) | ORDER OF TRANSFER |
|                                          )                  | |
|                                          )                  | |
| vs.                                 ) | |
|                                          )                  | |
| KINGS COUNTY CORRECTIONAL    ) | |
| FACILITY DENTAL SERVICES, et al., ) | |
|                                          )                  | |
| Defendants.       ) | |
|                                          )                  | (Docket Nos. 2, 5) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 concerning his dental care at the California Substance Abuse Treatment Facility (CSATF) located in Corcoran, California. Plaintiff is currently incarcerated at CSATF. Because the acts complained of occurred in Kings County and the Defendants are located in Kings County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

\\\

Order of Transfer
P:\pro-se\sj.jf\cr.06\Tack622trans                   1

1  In view of the transfer, the Court will not rule upon Plaintiff's pending in forma pauperis
2  motions (docket nos. 2, 5).  The Clerk shall terminate all pending motions and transfer the
3  entire file to the Eastern District of California.
4      IT IS SO ORDERED.
5  DATED: __10/19/06_____

                                    _____
6                                    JEREMY FOGEL
                                    United States District Judge

1   A copy of this ruling was mailed to the following:

2

3   Michael John Tack
    F-02869
    CSATF - Corcoran
4   P.O. Box 5248
    Corcoran, CA  93212

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\cr.06\Tack622trans            3